# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramona Romes, | No. CV-24-00176-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Garrison Property and Casualty Insurance Company, | |
| Defendant. | |

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 29).

**IT IS ORDERED granting** the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 29). This action is **dismissed with prejudice**, the parties bear their own attorneys' fees, expenses, and costs.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this action.

Dated this 6th day of November, 2024.

*[signature]*
Honorable Susan M. Brnovich
United States District Judge